**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main St., Ste. 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10069
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN ZHU, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>       v.<br><br>PINTEREST, INC.,<br><br>                                    Defendant. | Case No. 3:26-cv-01529-VC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Vince Chhabria |

1    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ken Zhu respectfully submits this Notice

2   of Voluntary Dismissal of their claims against Pinterest, Inc., *without* prejudice. Dismissing this

3   action will not prejudice any named or unnamed proposed class members.  Proposed class members

4   are not releasing any claims against Defendant Pinterest, Inc. and so do not need to be notified.  Each

5   party shall bear its own costs.

6

7   Dated: February 27, 2026                    Respectfully submitted,

8
                                                **BURSOR & FISHER, P.A**.
9
                                                By: */s/ Philip L. Fraietta*
10                                                   Philip L. Fraietta

11                                              Philip L. Fraietta (State Bar No. 354768)
                                                50 Main St., Ste. 475
12                                              White Plains, NY 10606
                                                Telephone: (914) 874-0710
13                                              Facsimile: (914) 206-3656
                                                E-mail: pfraietta@bursor.com
14
                                                **BURSOR & FISHER, P.A.**
15                                              Joshua R. Wilner (State Bar No. 353949)
                                                1990 North California Blvd., 9th Floor
16                                              Walnut Creek, CA 94596
                                                Telephone: (925) 300-4455
17                                              Facsimile: (925) 407-2700
                                                E-mail: jwilner@bursor.com
18
                                                **BURSOR & FISHER, P.A.**
19                                              Max S. Roberts (State Bar No. 363482)
                                                1330 Avenue of the Americas, 32nd Floor
20                                              New York, NY 10069
                                                Telephone: (646) 837-7150
21                                              Facsimile: (212) 989-9163
                                                E-mail: mroberts@bursor.com
22
                                                *Attorneys for Plaintiff*
23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL                                                                          1
CASE NO. 3:26-cv-01529-VC